UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2026 JAN -7 PM 12: 28

UNITED STATES OF AMERICA,

Respondent,

v.

SANJAY LAFOREST,

Petitioner.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-26

No. 1:21-CR-272-04 (CM)

No. 25 CV 9942

1-8-26

Request for appointment of Counsel is denied. If Subsequent filings suggest that the appointment of counsel is warranted the Court will do so.

MOTION FOR APPOINTMENT OF COUNSEL

PURSUANT TO 18 U.S.C. § 3006A(a)(2)(B)

*[signature]*

Petitioner Sanjay Laforest, proceeding pro se, respectfully moves for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B) in connection with his pending motion under 28 U.S.C. § 2255.

Under § 3006A(a)(2)(B), the Court may appoint counsel whenever the interests of justice so require. Appointment is appropriate where resolution of a § 2255 motion will require factual development or credibility determinations beyond a petitioner's ability to litigate pro se.

The Government has expressly invoked this Court's decision in *Douglas v. United States*, 09 Civ. 9566 (CM), and requested expansion of the record through sworn testimony from Petitioner's former counsel. As *Douglas* explains, where a petitioner's allegations, if credited, could establish ineffective assistance of counsel, the Court must obtain testimony from prior counsel and make credibility determinations where factual disputes exist.

This case falls squarely within that framework. Petitioner has submitted contemporaneous documentary evidence, including a Government disclosure and timestamped communications, supporting his claims that counsel failed to investigate exculpatory evidence, failed to independently evaluate potential motions, and failed to adequately advise regarding trial and appellate rights. The Government has taken the position that former counsel's sworn declaration is necessary to resolve these issues.

Accordingly, adjudication of the § 2255 motion will require evaluation of conflicting factual accounts between Petitioner and former counsel. Where resolution turns on credibility determinations and adversarial testing of sworn evidence, the interests of justice favor

appointment of counsel to ensure meaningful development of the record consistent with *Douglas*.

Petitioner is proceeding pro se, was recently incarcerated, and is financially unable to retain counsel. A Financial Affidavit demonstrating eligibility under the Criminal Justice Act is submitted herewith.

---

## WHEREFORE

Petitioner respectfully requests that the Court appoint counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B) in connection with his pending § 2255 motion, or at such stage as the Court deems appropriate.

Respectfully submitted,

**Sanjay Laforest**
Petitioner, Pro Se

Dated: 1/7/ , 2026

---

## CERTIFICATE OF SERVICE

I hereby certify that on 1 - 7 , 2026, I filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York. Service was effected upon counsel for the United States through the Court's CM/ECF system.

Respectfully submitted,
Sanjay Laforest

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| | |
|---|---|
| IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS | ☐ OTHER *(Specify Below)* |

IN THE CASE OF **No. 1; 21-CR-272-04**

**USA** V. **SANJAY LAFOREST**

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

**SANJAY LAFOREST**

CHARGE/OFFENSE *(Describe if applicable & check box→)*  ☑Felony  ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☑ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge **McMahon**
District Court **NY Southern District**
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Do you have a job? ☐Yes ☑No

IF YES, how much do you earn per month? _____

Will you still have a job after this arrest? ☐Yes ☐No ☐Unknown

**PROPERTY**

Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ _____ | _____ |
| Car/Truck/Vehicle | $ _____ | _____ |
| Boat | $ _____ | _____ |
| Stocks/bonds | $ _____ | _____ |
| Other property | $ _____ | _____ |

**CASH & BANK ACCOUNTS**

Do you have any cash, or money in savings or checking accounts? ☐Yes ☑No

IF YES, give the total approximate amount after monthly expenses $ _____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ — ($1200) | $ 1200 |
| Groceries | $ — | $ |
| Medical expenses | $ — | $ |
| Utilities | $ — | $ |
| Credit cards | $ — | $ |
| Car/Truck/Vehicle | $ — | $ |
| Childcare | $ — | $ |
| Child support | $ — | $ |
| Insurance | $ — | $ |
| Loans | $ — | $ |
| Fines | $ — | $ |
| Other | $ — | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date **1-7-26**